UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BRYAN VELAZQUEZ, on behalf of
himself and all others similarly situated

                    Civil Action No:
                    1:22-cv-7559

                Plaintiff,

-v.-
PRINCE LIONHEART, INC.,

                Defendants.

---------------------------------------------------------------x

## NOTICE OF SETTLEMENT

    Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 22nd day of November, 2022

                    */s/Mark Rozenberg*
                    Mark Rozenberg, Esq.
                    **Stein Saks, PLLC**
                    One University Plaza
                    Hackensack, NJ 07601
                    Ph: 201-282-6500
                    mrozenberg@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 22, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        */s/ Mark Rozenberg*
                                        Mark Rozenberg, Esq.